UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH ALLAN COOPER,

    Plaintiff,

v.

KATHLEEN ALLISON,

    Defendant.

Case No. 20-cv-04658 BLF (PR)

**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

    On July 13, 2020, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against prison officials at San Quentin State Prison.[1]  Dkt. No. 1.  On the same date, the Clerk sent Plaintiff a notice that he must either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action.  Dkt No. 4.  On August 24, 2020, Plaintiff filed a letter informing the Court that he was unable to get his IFP form back from his counselor, and inquiring whether the application was filed.  Dkt. No. 7.

    Plaintiff is advised that no IFP has been filed in this matter.  In the interest of justice, the Court *sua sponte* grants Plaintiff an extension of time to file a complete IFP

---

[1] This matter was reassigned to this Court on August 19, 2020.  Dkt. Nos. 5, 6.

Order Sua Sponte Granting EOT to file Complete IFP
\\156.128.38.232\data\Users\PRO-SE\BLF\CR.20\04658Cooper_eot-ifp.docx

application along with the supporting documents.  Plaintiff shall file a complete IFP application **no later than twenty-eight (28) days** from the filing date of this order. Failure to file a complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated:  ___**September 2, 2020**___

BETH LABSON FREEMAN
United States District Judge

Order Sua Sponte Granting EOT to file Complete IFP
\\156.128.38.232\data\Users\PRO-SE\BLF\CR.20\04658Cooper_eot-ifp.docx