# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KENNETH ALLAN COOPER,

Plaintiff,

v.

K. ALLISON, et al.,

Defendants.

Case No. 20-04658 BLF (PR)

**JUDGMENT**

The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: ___June 4, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\04658Cooper_judgment